ATYADM, CLOSED, CV, JRTLC2

**U.S. District Court**
**U.S.District Court Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:07-cv-04614-JRT-FLN**

Higgins et al v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge John R. Tunheim
Referred to: Magistrate Judge Franklin L. Noel
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 11/15/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Clarice Higgins** represented by **Amy Lynn Ewald**
8357 Allegheny Grove Blvd
Victoria, MN 55386
952-443-5020
Fax: 651-290-2266
Email: amylynnstued@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter-NA Burke**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy-NA C Davis**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W-NA Lewis Garrison, Jr.**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W.-NA Todd Harvey**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William-NA L Bross**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Higgins** represented by **Amy Lynn Ewald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter-NA Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy-NA C Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W-NA Lewis Garrison, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W.-NA Todd Harvey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William-NA L Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Timothy M Connelly**
Eckland & Blando LLP
10 S 5th St Ste 500
Mpls, MN 55402
612-236-0160
Fax: 612-236-0179
Email: tim@ecklandblando.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Timothy M Connelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 4-17646.) assigned to Judge John R Tunheim per Master List referred to Magistrate Judge Franklin L Noel., filed by Clarice Higgins, Robert Higgins. (Attachments: # 1 Civil Cover Sheet) (jdf) QC'd jam (Entered: 11/15/2007) |
| 11/15/2007 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jdf) (Entered: 11/15/2007) |
| 12/10/2007 | 2 | ANSWER to Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc.. (Connelly, Timothy) (Entered: 12/10/2007) |
| 12/10/2007 | 3 | RULE 7.1 DISCLOSURE STATEMENT by Davol, Inc., C.R. Bard, Inc. of CR Bard as corporate parent and/or publicly held company *of Davol, Inc.*. (Connelly, Timothy) (Entered: 12/10/2007) |
| 12/10/2007 | 4 | CERTIFICATE OF SERVICE by Davol, Inc., C.R. Bard, Inc. re 2 Answer to Complaint, 3 Rule 7.1 - Disclosure Statement (Connelly, Timothy) (Entered: 12/10/2007) |
| 12/12/2007 | 5 | NOTICE OF INITIAL PRETRIAL CONFERENCE. Pretrial Conference set for 1/29/2008 09:30 AM in Minneapolis - Courtroom 9W before Magistrate Judge Franklin L. Noel. Signed by Magistrate Judge Franklin L. Noel on December 12, 2007. (Attachments: # 1 Consent Form)(dch) (Entered: 12/12/2007) |
| 12/17/2007 | 6 | SUMMONS Returned Executed by Clarice Higgins, Robert Higgins. Davol, Inc. served on 11/20/2007, answer due 12/10/2007; C.R. Bard, Inc. served on 11/20/2007, answer due 12/10/2007. 4pgs no copy (jam) (Entered: 12/19/2007) |
| 12/31/2007 | 7 | MOTION to Stay *(Unopposed)* by Davol, Inc.. (Connelly, Timothy) (Entered: 12/31/2007) |
| 12/31/2007 | 8 | MEMORANDUM in Support re 7 MOTION to Stay *(Unopposed)* filed by all defendants. (Attachments: # 1 Exhibit(s) Conditional Transfer Order)(Connelly, Timothy) (Entered: 12/31/2007) |
| 12/31/2007 | 9 | CERTIFICATE OF SERVICE by Davol, Inc. re 8 Memorandum in Support of Motion, 7 MOTION to Stay *(Unopposed)* (Connelly, Timothy) (Entered: 12/31/2007) |
| 01/08/2008 | 10 | ORDER cancelling pretrial conference scheduled for 1/29/08 based upon order staying proceedings. Signed by Magistrate Judge Franklin L. Noel on 1/8/08. (kt) (Entered: 01/08/2008) |
| 01/08/2008 | 11 | ORDER granting 7 Motion for Stay of Proceedings Pending Transfer to Federal MDL. Signed by Magistrate Judge Franklin L. Noel on 1/7/08. (kt) (Entered: 01/08/2008) |
| 01/17/2008 | 12 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO- |

| | | |
|---|---|---|
| | | 12) transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M Lisi. (kt) (Entered: 01/23/2008) |
| 01/23/2008 | | NOTICE to Attorney: Case has been transferred to the District of Rhode Island pursuant to CTO-12. (kt) (Entered: 01/23/2008) |